# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

**FILED NOV 01 2017**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:17-CR-00010-LJO-SKO (001) |
| MARLENE ISABEL MEDINA, | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: U.S. DISTRICT COURT, 2500 TULARE STREET, FRESNO, CALIFORNIA
*Place*

U.S. MAGISTRATE JUDGE SHEILA K. OBERTO in courtroom 7

on DECEMBER 18, 2017 at 1:00PM
*Date and Time*

(5) If blank, defendant will be notified of next appearance.

**TO U.S. MARSHAL OFFICE: DEFENDANT IS ORDERED RELEASE to the Custody of Federal Defenders Office employee of Fresno, CA to be transported immediately to *WestCare*. Defendant is released to WestCare on the same conditions previously set on 9/11/2017 (Doc. 25) and Order Release filed on 9/15/2017 (Doc. 26) to WestCare.**

(Copies to: Defendant (through PTS)    PRETRIAL SERVICES    US ATTORNEY    US MARSHAL)

MEDINA, Marlene Isabel
Doc. No. 1:17-CR-00010-LJO-SKO-1

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:

Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN

☒ (7) The defendant must:
- ☒ (a) report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations;
- ☒ (b) report telephonically to the Pretrial Services Agency on the first working day following your release from custody;
- ☒ (c) restrict your travel to Eastern District of California, unless otherwise approved in advance by PSO;
- ☒ (d) report any contact with law enforcement to your PSO within 24 hours;
- ☒ (e) participate in the substance abuse treatment program at WestCare, Fresno inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the PSO; A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;
- ☒ (f) not associate or have any contact with codefendants unless in the presence of counsel or otherwise approved in advance by the PSO;
- ☒ (g) maintain or actively seek employment, and provide proof thereof to the PSO, upon request;
- ☒ (h) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
- ☒ (i) submit to drug or alcohol testing as approved by the PSO. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;
- ☒ (j) refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
- ☒ (k) participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;
- ☒ (l) not use or possess any identification, mail matter, access device or any identification-related material other than in your own legal or true name;
- ☒ (m) take steps to resolve any outstanding bench warrants within 30 days of your release from custody;
- ☒ (n) not obtain a passport or other traveling documents during the pendency of this case;
- ☒ (o) upon successful completion of the WestCare residential substance abuse treatment program, you must reside at a location approved by the PSO and not move or absent yourself from this residence for more than 24 hours without the prior approval of the PSO;
- ☒ (p) appear before the duty magistrate judge for a bail review prior to her completion of the residential treatment program; and,

## USMS SPECIAL INSTRUCTIONS:

- ☒ (r) have your release on bond delayed until Monday, September 18, 2017, at 9:00 a.m., at which time you will be released by the United States Marshals Service to WestCare staff for immediate transportation to their residential facility.

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X *[signature]*
*Defendant's Signature*

### Directions to the United States Marshal

☒ The defendant is ORDERED released after processing.

Date: 6/1/17

*[signature]*
*Judicial Officer's Signature*

__BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
*Printed name and title*

DISTRIBUTION: COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL