| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | MARLENE MEDINA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0010-LJO |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA; ORDER |
| vs. | |
| MARLENE MEDINA, | Date: March 26, 2018 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Brian Delaney, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Marlene Medina, that the matter be set for a change of plea hearing on March 26, 2018, at 9:30 a.m., before the Honorable Lawrence J. O'Neill. The parties further stipulate that the status conference currently scheduled for March 19, 2018, at 1:00 p.m. may be vacated. The parties have reached a resolution in this case and a plea agreement has been filed with the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the March 26, 2018 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 14, 2018       */s/ Brian Delaney*
BRIAN DELANEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 14, 2018       */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Marlene Medina

**O R D E R**

**IT IS SO ORDERED.**

Dated: **March 15, 2018**           **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE