# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Marlene Isabel Medina,<br><br>Defendant. | ORDER TO REDUCE PROBATION FOR SUCCESSFUL COMPLETION OF REENTRY COURT<br>(18 U.S.C. 3583(3)(1))<br><br>Docket Number: 0972 1:17CR00010-001 |

On August 7, 2018, the defendant was accepted as a participant in the Reentry Court Program. As of August 6, 2019, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's Probation is to be reduced by one year, with a new termination date of July 29, 2022.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The Probation imposed on July 30, 2018, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_August 6, 2019_  
Date

_[signature]_  
The Honorable Jennifer L. Thurston  
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's Probation is reduced by one year, with a new termination date of July 29, 2022.

_August 6, 2019_  
Date

_[signature]_  
Lawrence J. O'Neill  
Chief U.S. District Judge

cc: Defendant  
    Assistant United States Attorney: Angela Scott  
    Defense Counsel: Megan Hopkins  
    FLU Unit – United States Attorney's Office  
    Fiscal Clerk - Clerk's Office